**Lovell WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66380.**

Missouri Court of Appeals,
Western District.

Jan. 2, 2007.

Susan Lynn Hogan, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang and Victor J. Melenbrink, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Lovell Walker appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).